IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC - 9 2008

CLERK, U.S. DISTRICT COURT
By _____
                Deputy

| | | |
|---|---|---|
| BRIAN STEPHEN KIRABIRA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:08-CV-0082 |
| | § | |
| IMMIGRATION AND CUSTOMS | § | |
| ENFORCEMENT, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION,
## and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Came for consideration the federal habeas corpus application filed by petitioner BRIAN

STEPHEN KIRABIRA. On October 31, 2008, the United States Magistrate Judge issued a Report

and Recommendation in this cause, recommending therein that the instant habeas application be

dismissed as duplicative. No pleading identified as objections to the Report and Recommendation

have been filed as of this date, however, petitioner did file correspondence with the Court on

November 5, 2008 requesting the Court's leniency. Such correspondence did not challenge the

basis for the recommendation of dismissal.

The undersigned United States District Judge has made an independent examination of the

record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED and

the petition for a writ of habeas corpus is hereby DISMISSED.

IT IS SO ORDERED.

ENTERED this _____ day of _____ 2008.


_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE